<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-2621**

---

FRANK PAUL LUKACS,

Plaintiff - Appellant,

versus

DONNA E. SHALALA, SECRETARY OF HEALTH AND
HUMAN SERVICES; HAROLD E. VARMUS, Doctor, Di-
rector National Institute of Health; RICHARD
CLAUSNER, Doctor, Director National Cancer
Institute; BEVERLY LOTT WYATT, Chief, Research
Contracts Branch, National Cancer Institute;
DAVID SNIGHT, Chief, Research Contracts
Branch, Division of Contracts and Grants, OA,
OD, National Institute of Health; PHILIP
AMORUSO, Executive Director, National Cancer
Institute; MAXINE RICHARDSON, Equal Employment
Opportunity Manager, National Cancer Insti-
tute; MARIANNE WAGNER, Personnel Officer, Na-
tional Cancer Institute; DIANE ARMSTRONG, Di-
rector, Equal Employment Opportunity, National
Institute of Health; JAMES KING, Director,
Office of Personnel Management; SANDRA THOMAS,
Equal Employment Opportunity Manager, National
Cancer Institute,

Defendants - Appellees.

**No. 99-1108**

FRANK PAUL LUKACS,

                            Plaintiff - Appellant,

     versus

DONNA E. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES; HAROLD E. VARMUS, Doctor, Director National Institute of Health; RICHARD CLAUSNER, Doctor, Director National Cancer Institute; BEVERLY LOTT WYATT, Chief, Research Contracts Branch, National Cancer Institute; DAVID SNIGHT, Chief, Research Contracts Branch, Division of Contracts and Grants, OA, OD, National Institute of Health; PHILIP AMORUSO, Executive Director, National Cancer Institute; MAXINE RICHARDSON, Equal Employment Opportunity Manager, National Cancer Institute; MARIANNE WAGNER, Personnel Officer, National Cancer Institute; DIANE ARMSTRONG, Director, Equal Employment Opportunity, National Institute of Health; JAMES KING, Director, Office of Personnel Management; SANDRA THOMAS, Equal Employment Opportunity Manager, National Cancer Institute,

                          Defendants - Appellees.

Appeals from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-96-2913-PJM)

Submitted: March 16, 1999         Decided: April 7, 1999

Before WIDENER and MICHAEL, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

––––––––––––––––

Affirmed by unpublished per curiam opinion.

––––––––––––––––

Frank Paul Lukacs, Appellant Pro Se. George Levi Russell, III, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

––––––––––––––––

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Frank Paul Lukacs appeals the district court's orders denying several of his pending motions (No. 98-2621) and granting Defendants' motion to dismiss and for summary judgment (No. 99-1108). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm both orders on the reasoning of the district court. <u>Lukacs v. Shalala</u>, No. CA-96-2913-PJM (D. Md. Oct. 21, 1998;[*] Nov. 17, 1998). We deny Lukacs' motion for a stay pending appeal. We grant Lukacs' motion to file a supplement to his informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court's order is marked as "filed" on October 19, 1998, the district court's records show it was entered on the docket sheet on October 21, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. <u>See</u> <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).